No. 75–782.  PELTZMAN v. CENTRAL GULF LINES, INC.
C. A. 2d Cir.  Certiorari denied.

No. 75–789.  MCGEE v. BURLINGTON NORTHERN, INC.
Sup. Ct. Mont.  Certiorari denied.

No. 75–795.  CISSELL, TRUSTEE IN BANKRUPTCY v.
AMERICAN HOME ASSURANCE Co.  C. A. 6th Cir.  Cer-
tiorari denied.

No. 75–5460.  MODESKY v. MORRIS, SECRETARY, DE-
PARTMENT OF SOCIAL AND HEALTH SERVICES OF WASH-
INGTON, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 75–5472.  DIMERY v. MARYLAND.  Ct. App. Md.
Certiorari denied.

No. 75–5499.  SAFELY v. UNITED STATES.  C. A. 4th
Cir.  Certiorari denied.

No. 75–5510.  WALKER v. DURLEY ET AL.  Sup. Ct.
Cal.  Certiorari denied.

No. 75–5525.  GREEN ET AL. v. UNITED STATES; and
No. 75–5670.  PICCORA ET AL. v. UNITED STATES.
C. A. 2d Cir.  Certiorari denied.  Reported below: 523
F. 2d 229.

No. 75–5527.  DEAN v. WISCONSIN.  Sup. Ct. Wis.
Certiorari denied.

No. 75–5545.  WINGATE v. UNITED STATES.  C. A. 2d
Cir.  Certiorari denied.

No. 75–5581.  WARREN v. UNITED STATES.  C. A. 6th
Cir.  Certiorari denied.